## John L. Perkins v. Loftus N. Keating and others.

*Appeals in chancery : Final order.* An order sustaining a demurrer to the bill of complaint in a chancery suit, granted by virtue of a stipulation entered into for the purpose of bringing the cause to this court on appeal, without any further decree dismissing the bill, or otherwise disposing of the cause finally, is not such a final order or decree as is appealable under our statute.

*Heard and decided October 29.*

Appeal in Chancery from Lenawee Circuit.

This was an appeal from an order sustaining a demurrer to the bill of complaint. This order was granted by virtue of a stipulation entered into for the purpose of taking the cause to the supreme court for a decision upon a question involved in the case. No further decree dismissing the bill, or otherwise disposing of the cause finally, was ever made.

*George L. Bachman,* for complainant.

*L. N. Keating* and *C. A. Stacy,* for defendants.

THE COURT held that the order appealed from is not such a final order or decree as is appealable under the statute.

Appeal dismissed.